UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CODY HICKS<br>*Plaintiff*<br>VERSUS<br>ALLIED TRUST INSURANCE COMPANY<br>*Defendant* | CIVIL ACTION NO.: 3:22-CV-00984<br><br>JUDGE: SHELLY D. DICK<br><br>MAGISTRATE JUDGE:<br>RICHARD L. BOURGEOIS, JR. |

## MOTION REQUESTING INSTRUCTIONS FOR PAYEE INFORMATION AND TO CONFIRM SETTLEMENT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Allied Trust Insurance Company ("Allied"), who respectfully requests this Honorable Court to confirm settlement of this case and to instruct Allied on the appropriate payee(s) to be listed on any reissued or newly issued payments. More specifically, Allied seeks confirmation that Plaintiff's former counsel, McClenny, Moseley & Associates ("MMA"), is not entitled to a lien on Plaintiff's recovery, and as such are not to be listed as a payee on any newly issued payments. In the alternative, Allied requests that this Honorable Court set a deadline of fourteen (14) days from the signing of this order stating that to the extent MMA seeks to make any claim for attorneys fees or the enforcement of any lien, MMA must file into the record a notice of that lien and/or a petition for intervention. If MMA fails to do same, any claim for attorneys fees or the enforcement of any lien by MMA is deemed waived and they are to be excluded as a payee on any reissued or newly issued payment to the Plaintiff. Pursuant to this request, Allied submits the below history of this matter to aid in this Court's determination.

## FACTS AND PROCEDURAL HISTORY

On or about August 29, 2021, Hurricane Ida made landfall in Louisiana, causing widespread damage throughout the state. On August 31, 2021, Mr. Hicks ("Plaintiff") contacted his insurer, Allied, to report damages resulting from Ida. An independent field adjuster timely

inspected and rendered an estimate report of his findings. Allied in turn timely issued payment in accordance with said estimate.

Several months later, Allied timely issued a supplemental payment in response to tarping and window invoices received from Plaintiff.

On or about March 3, 2022, Allied received a letter of Representation from McClenny, Moseley & Associates. On April 13, 2022, MMA provided an estimate report prepared by Exact Building Consultants which exceeded $100,000.00. On April 14, 2022, Allied invoked the Policy's appraisal provision.

After repeated requests for identification of Plaintiff's appraiser over the course of several months, MMA attempted to invoke the Policy's appraisal provision on July 13, 2022, and named Jeff Jay as their appraiser.

On August 7, 2022, the appraisers duly executed the appraisal award. Five days later, on August 12, 2022, Allied issued payment pursuant in accordance with the award.

On December 6, 2022, Plaintiff filed suit. MMA attorney, William Huye, was subsequently suspended from practice, and pursuant to that suspension, filed to withdraw from this case on March 28, 2023.[1] This Motion was granted the same day.[2] The following day, on March 29, 2023, this Honorable Court ordered a Stay of this case.[3]

All remaining MMA attorneys in Louisiana left the firm and withdrew from this case on May 18 and 19, 2023.[4] This Honorable Court granted these Motions on May 22, 2022.[5] On June

---

[1] See Rec Doc 10.
[2] See Rec Doc 11.
[3] See Rec Doc 12.
[4] See Rec Docs 13,14, 15, 16, and 17.
[5] See Rec Doc 18.

8, 2023, this Court extended the stay.[6] As this Court is aware, MMA no longer has any attorneys licensed to practice in Louisiana or that are actively involved in this matter.

Subsequent to the MMA's withdrawal, Allied contacted Plaintiff to confirm his current and future legal representation. Plaintiff indicated he had no interest in seeking new counsel and wished to resolve his claim. A telephone conference was conducted with this Honorable Court on August 8, 2023, without Plaintiff's presence. Counsel for Allied discussed with this Honorable Court that settlement discussions were ongoing with Plaintiff. Following such negotiations, the parties agreed to settle and fully resolve this matter in exchange for a new money settlement amount.

Allied now files this motion to confirm the settlement agreement reached with the Plaintiff, and to request that this Court issue an order instructing Allied on the payee instructions for the settlement funds. Specifically, Allied requests that this Court confirm that McClenny, Moseley & Associates is not entitled to the receipt of funds on this matter and is not to be included as a payee on any settlement payment to Plaintiff. Alternatively, Allied requests that this Honorable Court issue an Order setting a deadline for McClenny, Moseley & Associates to assert any lien rights or have them waived.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant, Allied Trust Insurance Company, prays this Honorable Court enter an Order confirming the aforementioned Settlement Agreement and provide instructions regarding the payees to be listed on settlement payments. Specifically, Allied requests that this Court confirm that McClenny, Moseley & Associates is not entitled to the receipt of funds on this matter and is not to be included as a payee on any settlement payments to Plaintiff. Alternatively,

---

[6] See Rec Doc 19.

Allied requests that this Court set a deadline for McClenny, Moseley & Associates to assert any lien rights or have them deemed waived.

Respectfully submitted:

*/s/ John D. Mineo IV*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**NATHAN R. HAND (38011)**
**KYLE C. MATTHIAS (38338)**
**ROWAN W. STOEHR (39061)**
**THE MONSON LAW FIRM, LLC**
5 Sanctuary Blvd., Suite 101
Mandeville, Louisiana 70471
Telephone:    (985) 778-0678
Facsimile:    (985) 778-0682
Email: *John@MonsonFirm.com*
***Counsel for Defendant,***
***Allied Trust Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via electronic mail, by the United States District Court for the Middle District of Louisiana, this 29th day of August, 2023.

*/s/ John D. Mineo IV*