**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**CODY HICKS**                                                          **CIVIL ACTION**

**VERSUS**                                                                 **NO. 22-984-SDD-RLB**

**ALLIED TRUST INSURANCE COMPANY**

**ORDER**

Considering the Motion Requesting Instructions for Payee Information and to Confirm Settlement filed by Allied Trust Insurance Company (R. Doc. 23), and there being no lien or opposition by MMA Law Firm, PLLC, formerly known as McClenny, Moseley & Associates, PLLC (hereinafter, "MMA") (R. Doc. 29);

**IT IS ORDERED** that the Motion is **GRANTED** and the terms of the Settlement Agreement reached by Allied Trust Insurance Company and Cody Hicks are confirmed.

**IT IS FURTHER ORDERED** that Allied Trust Insurance Company is to issue the agreed upon sums to the Plaintiff, Cody Hicks, without including MMA as a payee on any payment.

**IT IS FURTHER ORDERED** that MMA is not entitled to any lien and/or fees on Plaintiff's claim for damages attributed to Hurricane Ida.

**IT IS FURTHER ORDERED** that the hearing set for October 25, 2023 is **CANCELLED**. Notice shall be sent to all counsel of record including counsel for MMA.

Signed in Baton Rouge, Louisiana, on October 23, 2023.

                                         **RICHARD L. BOURGEOIS, JR.**
                                         **UNITED STATES MAGISTRATE JUDGE**