UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CODY HICKS | CIVIL ACTION NO. 3:22-CV-00984 |
| *Plaintiff* | |
| VERSUS | JUDGE: SHELLY D. DICK |
| ALLIED TRUST INSURANCE COMPANY | MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR. |
| *Defendant* | |

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint for Damages is dismissed, with prejudice, with each party to bear his, her or its own costs.

Baton Rouge, Louisiana this  3  day of   November   ,202 3

*[signature: Shelly D. Dick]*

**HONORABLE DISTRICT COURT JUDGE
SHELLY D. DICK**